THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLARD MANEY, Appellant.— In a filiation proceeding, order of the Children's Court, Orange

County, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.